| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>John Lavra, SBN 114533<br>Amanda McDermott<br>3620 American River Drive, Suite 230<br>Sacramento, CA  95864<br>Telephone: (916) 974-8500<br>Facsimile:  (916) 974-8510<br><br>Attorneys for Defendants,<br>COUNTY OF SACRAMENTO<br>and LYNN TRACY | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>601 University Avenue, Suite 200<br>Sacramento, CA  95825<br>Telephone: (916) 641-7300<br>Facsimile:  (916) 641-7303<br><br>Attorneys for Plaintiffs<br><br>**LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>555 University Avenue, Suite 270<br>Sacramento, CA  95825<br>Telephone: (916) 444-5678<br>Facsimile:  (916) 444-3364<br><br>Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLY MANNING, KENYATA MANNING, and NATASHA MANNING,<br>           Plaintiffs,<br>   vs.<br><br>MIKE CROSBY, RACHEL LANE, MARY STRUHS, NATASHA JOHNSON, STEPHANIE WHITNEY-COOK, PAULINE TRACEY, LYNN TRACY, MSW, SACRAMENTO UNIFIED SCHOOL DISTRICT, DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD PROTECTIVE SERVICES, SACRAMENTO COUNTY, and DOES 5 through 25, inclusive,<br>           Defendants. | NO. 2:12-CV-01784-TLN-KJN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>**[DATES MODIFIED]** |

Plaintiffs Lilly Manning, Kenyata Manning and Natasha Manning, (collectively referred to hereinafter as "Plaintiffs") are represented by Joseph C. George and Joseph C. George, Jr., of the Law Offices of Joseph C. George, 601 University Avenue, Suite 200, Sacramento, California 95825, and Stewart Katz of the Law Office of Stewart Katz, 555 University Avenue,

1

1  #270, Sacramento, California 95825.

2  Defendants County of Sacramento and Lynn Tracy, MSW (collectively referred to
3  hereinafter as "Sacramento County Defendants") are represented by John A. Lavra and
4  Amanda McDermott of Longyear, O'Dea & Lavra, LLP.

5  Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties hereby stipulate and
6  request that the Third Amended Pretrial Scheduling Order issued on May 26, 2015 (Docket No.
7  24) be modified to reflect new deadlines as follows, or as to accommodate the Court's docket:

8      Discovery Deadline:    April 1, 2016
9      Expert Witness Disclosure:    May 27, 2016
10     Dispositive Motion Deadline:    October 13, 2016
11     Joint Final Pretrial Conference Statement:    January 26, 2017
12     Final Pre-trial Conference:    February 2, 2017
13     Trial:    April 3, 2017

14

15 **Reasons for this Stipulation/ Request**

16 The parties stipulate to and request this approximate four-month extension of dates for
17 multiple reasons.

18 Allowing the parties to extend the deadlines for approximately four months will save
19 expenses and greatly increase the likelihood of settling this case.

20 In addition, there have been unexpected delays in obtaining state court adoption records
21 which are needed by all parties. On October 27, 2015, Judge Blizzard with Sacramento
22 Superior Court advised parties that the state court had reviewed the adoption records and while
23 the court was able to identify a number of pages in the record that might be relevant, the court
24 felt that it had insufficient background information to determine the relevance or a significant
25 portion of the records and invited the parties to propose an alternative review process. Both
26 parties expect to review the state court adoption records this month. After reviewing the
27 records, additional discovery may need to be conducted. Extending the discovery cut-off date
28 by four months will allow for the potential need of additional discovery.

Dated: December 1, 2015         **LAW OFFICE OF JOSEPH C. GEORGE, PH.D.**

By:     */s/ Joseph C. George*
        JOSEPH C. GEORGE
        JOSPEH C. GEORGE, JR.
        Attorneys for Plaintiffs

Dated:  December 1, 2015        **LAW OFFICE OF STEWART KATZ**

By:     */s/ Stewart Katz*
        STEWART KATZ
        Attorneys for Plaintiffs

Dated:   December 1, 2015       **LONGYEAR, O'DEA & LAVRA, LLP**

              JOHN LAVRA
By:      */s/ John Lavra*

        AMANDA MCDERMOTT
        Attorneys for Defendants
        COUNTY OF SACRAMENTO
        and LYNN TRACY, MSW

The Court hereby modifies the Pretrial Scheduling Order as follows:

Discovery Deadline:                          April 1, 2016

Expert Witness Disclosure:                   May 27, 2016

Dispositive Motion Deadline:                 **October 20, 2016**

Joint Final Pretrial Conference Statement:   **February 2, 2017**

Final Pre-trial Conference:                  **February 9, 2017, at 2:00 p.m.**

Trial:                                       **April 3, 2017, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  December 1, 2015

_____
Troy L. Nunley
United States District Judge

3

Stipulation and Order to Modify Pretrial Scheduling Order