| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP** | **LAW OFFICE OF JOSEPH C. GEORGE** |
| John A. Lavra, CSB No.: 114533 | Joseph C. George, Sr., SBN 119231 |
| Amanda L. McDermott, CSB No.: 253651 | Joseph George, Jr., SBN 200999 |
| 3620 American River Drive, Suite 230 | 601 University Avenue, Suite 200 |
| Sacramento, CA  95864 | Sacramento, CA  95825 |
| Telephone: (916) 974-8500 | Telephone: (916) 641-7300 |
| Facsimile:  (916) 974-8510 | Facsimile:  (916) 641-7303 |
| | |
| Attorneys for Defendants, | Attorneys for Plaintiffs |
| COUNTY OF SACRAMENTO | |
| and LYNN TRACY | **LAW OFFICE OF STEWART KATZ** |
| | Stewart Katz, SBN 127425 |
| | 555 University Avenue, Suite 270 |
| | Sacramento, CA  95825 |
| | Telephone: (916) 444-5678 |
| | Facsimile:  (916) 444-3364 |
| | |
| | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLY MANNING, KENYATA MANNING, and NATASHA MANNING,<br>    Plaintiffs,<br>  vs.<br>MIKE CROSBY, RACHEL LANE, MARY STRUHS, NATASHA JOHNSON, STEPHANIE WHITNEY-COOK, PAULINE TRACEY, LYNN TRACY, MSW, SACRAMENTO UNIFIED SCHOOL DISTRICT, DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD PROTECTIVE SERVICES, SACRAMENTO COUNTY, and DOES 5 through 25, inclusive,<br>    Defendants. | NO. 2:12-CV-01784-TLN-KJN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

1       Plaintiffs Lilly Manning, Kenyata Manning and Natasha Manning, (collectively referred to hereinafter as "Plaintiffs") are represented by Joseph C. George and Joseph C. George, Jr., of the Law Offices of Joseph C. George, 601 University Avenue, Suite 200, Sacramento, California 95825, and Stewart Katz of the Law Office of Stewart Katz, 555 University Avenue, #270, Sacramento, California 95825.

      Defendants County of Sacramento and Lynn Tracy, MSW (collectively referred to hereinafter as "Sacramento County Defendants") are represented by John A. Lavra and Amanda McDermott of Longyear, O'Dea & Lavra, LLP.

      Defendants Mike Crosby, Rachel Lane, Mary Struhs, Natasha Johnson, Stephanie Whitney-Cook, Pauline Tracey and Sacramento Unified School District were dismissed from this action on August 18, 2015. (ECF 27.)

      Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties hereby stipulate and request that the Scheduling Order issued on December 2, 2015 (ECF 31) be modified to reflect new deadlines as follows, or as to accommodate the Court's docket:

| | |
|---|---|
| Discovery Deadline: | May 13, 2016 |
| Expert Witness Disclosure: | June 28, 2016 |
| Dispositive Motion Deadline: | October 13, 2016* |
| Joint Final Pretrial Conference Statement: | January 26, 2017* |
| Final Pretrial Conference: | February 2, 2017, at 2:00 p.m.* |
| Trial: | April 3, 2017, at 9:00 a.m.* |

*no change to prior scheduling order*

      The parties stipulate to and request this extension of the discovery and expert witness disclosure deadlines in order to accommodate the serious health condition of Defendant Lynn Tracy, which affects her ability to attend and sit for a deposition. The parties have met and conferred regarding these health concerns. In order to accommodate these concerns, the parties require additional time to complete Ms. Tracy's deposition.

1 | This is a very complicated and factually intensive case. It has involved extensive discovery and experienced various unexpected delays. The discovery and expert disclosure deadlines as currently set would make competent defense or prosecution of this case impossible. The parties are confident that the new deadlines for discovery and expert disclosure would provide all parties with adequate time to complete dispositive motions and have the case prepared for trial by the currently scheduled trial date.

**IT IS SO STIPULATED.**

Dated:  March 31, 2016     **THE LAW OFFICE OF JOSEPH C. GEORGE, PH.D**

By:  */s/ Joseph C. George*
     JOSEPH C. GEORGE
     JOSEPH C. GEORGE, JR
     Attorneys for Plaintiffs

Dated:  March 31, 2016     **LAW OFFICE OF STEWART KATZ**

By:  */s/ Stewart Katz*
     STEWART KATZ
     Attorneys for Plaintiffs

Dated:  March 31, 2016     **LONGYEAR, O'DEA & LAVRA, LLP**

By:  */s/ Amanda McDermott*
     JOHN LAVRA
     AMANDA MCDERMOTT
     Attorneys for Defendants County of Sacramento and
     Lynn Tracy, MSW

# ORDER

Good cause appearing, the Court hereby modifies the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Discovery Deadline: | May 13, 2016 |
| Expert Witness Disclosure: | June 28, 2016 |
| Dispositive Motion <u>Hearing</u> Deadline: | **November 3, 2016** |
| Joint Final Pretrial Conference Statement: | **February 2, 2017** |
| Final Pretrial Conference: | **February 9, 2017, at 2:00 p.m.** |
| Trial: | **April 3, 2017, at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated: April 1, 2016

Troy L. Nunley
United States District Judge